# United States Court of Appeals for the Federal Circuit

<u>ERRATA</u>

May 5, 2009

Appeal Nos. 2008-1434 and 2008-1438

<u>Every Penny Counts, Inc. v. American Express Company, et al.</u>

<u>Every Penny Counts, Inc. v. First Data Corporation, et al.</u>

Precedential Opinion

Decided: April 30, 2009

On Page 8, line 11, replace "Michele" with "Michel"